## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARIA HAYDEN,

      Plaintiff,           Case No.: 1:26-cv-01018

v.                Judge Jeremy C. Daniel

THE PARTNERSHIPS AND UNINCORPORATED  Magistrate Judge Jeannice W. Appenteng
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant |
|-----|-----------|
| 1 | XM Decoration |

1